IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Njie, Seringe C | Case Number: 07 B 07595 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 8/5/08 | Filed: 4/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 24, 2008
Confirmed: August 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,550.24 | |
| Secured: | | 10,444.97 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,427.56 |
| Trustee Fee: | | 677.71 |
| Other Funds: | | 0.00 |
| Totals: | 12,550.24 | 12,550.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 2,370.00 | 1,427.56 |
| 2. | America's Servicing Co | Secured | 8,812.31 | 7,456.57 |
| 3. | America's Servicing Co | Secured | 3,472.00 | 2,728.00 |
| 4. | Cook County Treasurer | Secured | 1,594.23 | 260.40 |
| 5. | America's Servicing Co | Secured | 18,232.75 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 278.19 | 0.00 |
| 7. | CB USA | Unsecured | 255.20 | 0.00 |
| 8. | National Credit System | Unsecured | 5,659.28 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 8,795.60 | 0.00 |
| 10. | Tri Cap Investment Partners | Unsecured | 2,477.85 | 0.00 |
| 11. | Credit Bureau Accts Collections & Servs | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 14. | CB USA | Unsecured | | No Claim Filed |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 51,947.41 | $ 11,872.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 677.71 |
| | $ 677.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Njie, Seringe C

Printed:  8/5/08

Case Number:  07 B 07595
Judge:  Goldgar, A. Benjamin
Filed:  4/26/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

